IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Tangle Inc.,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**Magic Time International Ltd.; and Brown Sales & Marketing LLC**<br><br>　　　　Defendants. | Case No.:  3:15-cv-2802-WHO<br><br>**ORDER GRANTING STIPULATION TO ALLOW FILING OF SECOND AMENDED COMPLAINT IN LIEU OF OPPOSITION TO MOTION TO DISMISS AND TO CONTINUE CASE MANAGEMENT STATEMENT AND CONFERENCE DATES** |

　　WHEREAS, The parties filed a Stipulation And [Proposed] Order To Allow Filing Of Second Amended Complaint In Lieu Of Opposition To Motion To Dismiss And To Continue Case Management Statement And Conference Dates, in which the parties stipulated and agreed that:

1. Tangle may have to up to and including Friday, October 2, 2015, to file its second amended complaint; and

2. The deadlines for filing the Case Management Statement and holding the Case Management Conference will be continued approximately forty (40) days.

FOR GOOD CAUSE SHOWN, IT IS THEREFORE ORDERED that:

1. Plaintiff may file its second amended complaint no later than Friday, October 2, 2015;

2. The Case Management Statement shall be due by November 3, 2015; and

3. The Case Management Conference shall be held on November 10, 2015, at 2:00 PM in Courtroom 2, 17th Floor, San Francisco.

SO ORDERED.



Dated: September 17, 2015         Hon. William H. Orrick
                                  United States District Judge

Stipulation

Case No.: 3:15-cv-2802          Tangle Inc. v. Magic Time International Ltd. et al

2