John W. Carpenter (Cal. Bar No. 221708)
LAW OFFICES OF JOHN W. CARPENTER LLC
829 Baronne Street
New Orleans, LA 70113
T: 415.577.0698
F: 866.410.6248
Email: john@jwcarpenterlaw.com

VICTORIA E. BRIEANT (Bar No. 141519
Law Office of Victoria E. Brieant
4000 Ponce de Leon Boulevard, Suite 470
Coral Gables, FL 33146
Telephone: (305) 413-9026 / Facsimile:  (786) 228-4914
Email: victoria@brieantlaw.com

*Attorneys for Plaintiff
Tangle Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Tangle Inc.,**<br><br>       Plaintiff,<br><br>v.<br><br>**Magic Time International Ltd.; and Brown Sales & Marketing LLC,**<br><br>       Defendants. | Case No.:  3:15-cv-2802-JSC<br><br>**ORDER GRANTING UNOPPOSED CORRECTED MOTION TO CONTINUE THE NOVEMBER 2015 CMC STATEMENT AND CONFERENCE DATES AND THE DECEMBER 2, 2015 HEARING DATE** |

Plaintiff Tangle, Inc., having filed its unopposed corrected motion to continue the CMC Statement and Hearing dates and the hearing date on Defendants' motion to dismiss; and

For good cause shown, IT IS SO ORDERED that the schedule shall be

modified as follows:

1. The Joint CMC Statement shall be due December 1, 2015;
2. The CMC Conference shall be held December 8, 2015 at 2:00 in Courtroom 2, 17th Floor, San Francisco before Hon. William H. Orrick.
3. Defendants' motion to dismiss shall be heard on December 8, 2015, at 2:00 p.m. or as soon thereafter as it can be heard in Courtroom 2, 17th Floor, San Francisco before Hon. William H. Orrick.

Dated: November 5, 2015          By: _____
                                     Honorable William H. Orrick
                                     United States District Judge