IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| Tangle Inc., | Case No.: 3:15-cv-2802-WHO |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR EXTENSION OF TIME TO FILE REPLY BRIEF** |
| Magic Time International Ltd.; and Brown Sales & Marketing LLC | |
| Defendants. | |

WHEREAS, the parties filed a Stipulation And Order For Extension Of Time to File Reply Brief to Defendants' motion to dismiss [Doc 30] the second amended complaint, in which the parties stipulated and agreed that:

1. Defendants may file their reply brief no later than Monday, November 16, 2015;

2. No other deadlines are affected by this Order.

SO ORDERED.

Dated: November 13, 2015

_____
Hon. William H. Orrick
United States District Judge