IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| Tangle Inc., | Case No.: 3:15-cv-2802-WHO |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION TO CONTINUE DECEMBER 8, 2015 CMC AND HEARING DATES** |
| Magic Time International Ltd.; and Brown Sales & Marketing LLC | |
| Defendants. | |

The parties have filed a Stipulation to Continue the December 8, 2015 CMC and Hearing Dates to January 26, 2016, to permit the parties to engage in ADR before the hearing on the Defendants' motion to dismiss. [Doc 42] This is the parties' second request for an extension.

Pursuant to the parties' stipulation and for good cause,

IT IS THEREFORE ORDERED that:

1. To accommodate the parties' desire to explore settlement of the case, the CMC shall be continued from December 8, 2015, at **2** p.m. to January 26, 2016, at **2** p.m. The parties Joint Case Management Statement is due January 19, 2016; and

2. The hearing on Defendants' motion to dismiss shall be continued from December 8, 2015, at 4 p.m. to January 26, 2016, at **2** p.m.; and

3. No other deadlines are affected by this Order, **and no further extensions**

**are contemplated.**

SO ORDERED THIS 1st DAY OF DECEMBER, 2015.

_____
Hon. William H. Orrick
United States District Judge