Lewis Emery Hudnell, III (Bar No. 218736)
lewis@hudnelllaw.com
HUDNELL LAW GROUP P.C.
800 w. El Camino Real Suite 180
Mountain View, CA 94040
Telephone: (650) 564-7720
Facsimile: (347) 772-3034

Attorneys for Defendants
MAGIC TIME INTERNATIONAL, LTD.
BROWN SALES & MARKETING LLC

John W. Carpenter (Cal. Bar No. 221708)
LAW OFFICES OF JOHN W. CARPENTER LLC
829 Baronne Street
New Orleans, LA 70113
T: 415.577.0698
F: 866.410.6248
Email: john@jwcarpenterlaw.com

VICTORIA E. BRIEANT (Bar No. 141519)
Law Office of Victoria E. Brieant
4000 Ponce de Leon Boulevard, Suite 470
Coral Gables, FL 33146
Telephone: (305) 413-9026
Facsimile: (786) 228-4914
Email: victoria@brieantlaw.com

Attorneys for Plaintiff
TANGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TANGLE INC.,<br><br>Plaintiff,<br><br>V.<br><br>MAGIC TIME INTERNATIONAL LTD.; and BROWN SALES & MARKETING LLC<br><br>Defendants. | Case No.: 3:15-cv-2802-WHO<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE DATE AND EARLY NEUTRAL EVALUATION DEADLINE** |

Plaintiff Tangle, Inc. and Defendants Magic Time International, Ltd. Brown Sales & Marketing LLC hereby enter into this Stipulation Continuing Case Management Conference and Early Neutral Evaluation Deadlines with reference to the following facts:

WHEREAS, on June 22, 2015, the Court issued an Order Setting a Case Management Conference for September 24, 2015;

WHEREAS, on September 8, 2015, the Court issued an Order continuing the date for the Case Management Conference to October 7, 2015;

WHEREAS, on September 17, 2015 the Court issued an Order continuing the date for the Case Management Conference to November 10, 2015;

WHEREAS, on November 5, 2015 the Court issued an Order continuing the date for the Case Management Conference and the hearing date for Defendants' motion to dismiss (Dkt. No. 30) to December 8, 2015;

WHEREAS, on December 1, 2015 the Court issued an Order continuing the date for the Case Management Conference and the hearing date for Defendants' motion to dismiss (Dkt. No. 30) to January 26, 2016;

WHEREAS, on January 4, 2016 the Court issued an Order setting the deadline for the Early Neutral Evaluation to January 25, 2016;

WHEREAS, on January 5, 2016 the Court issued an Order appointing Mark LeHocky as the ENE Evaluator for this case;

WHEREAS, Mr. LeHocky has informed the parties that he has limited availability to complete the Early Neutral Evaluation before the current deadline;

WHEREAS, the Plaintiff's counsel and/or representative are unable to attend the Early Neutral Evaluation on the dates proposed by Mr. LeHocky (January 15, 18, and 25, 2016) to complete the Evaluation;

WHEREAS, the parties and Mr. LeHocky conducted a teleconference on January 11, 2016 to discuss scheduling and agreed that the parties and Mr. LeHocky are available to conduct

the Early Neutral Evaluation on February 22, 2016;

WHEREAS, the parties agrees that that it is in the interest of justice to further continue the Case Management Conference to allow the parties additional time to discuss settlement after the Early Neutral Evaluation;

WHEREAS, lead counsel for the parties are available on Tuesday, March 22, 2016 for a Case Management Conference and a hearing on Defendants' motion to dismiss (Dkt. No. 30) and to complete the Early Neutral Evaluation on or before that date;

WHEREAS, the parties respectfully request that the Court continue the Case Management Conference and the hearing on Defendants' motion to dismiss (Dkt. No. 30) to Tuesday, March 22, 2016 and continue the Early Neutral Evaluation deadline to February 23, 2016.

Dated: January 12, 2016

LAW OFFICE OF VICTORIA E. BRIEANT

By: */s/ Victoria E. Brient*
Victoria E. Brient

Attorney for
TANGLE INC.

Dated: January 12, 2016

LAW OFFICES OF JOHN W. CARPENTER LLC

By: */s/ John W. Carpenter*
John W. Carpenter

Attorneys for
TANGLE INC.

Dated: January 12, 2016

HUDNELL LAW GROUP

By: */s/ Lews E. Hudnell, III*
Lews E. Hudnell, III

Attorneys for
MAGIC TIME INTERNATIONAL, LTD.
BROWN SALES & MARKETING LLC

**ATTORNEY ATTESTATION**

I, Lews E. Hudnell, III, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signatured (/s/) within this e-filed documents. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 12, 2015 HUDNELL LAW GROUP

By: *<u>/s/ Lews E. Hudnell, III</u>*
Lews E. Hudnell, III

**~~[PROPOSED]~~ ORDER**

Having read and considered the Parties' Stipulation to Continue Case Management Conference and the Early Neutral Evaluation deadline,

PURSUANT TO STIPULATION, the Court hereby resets the Case Management Conference and the hearing date on Defendants' motion to dismiss (Dkt. No. 30) to March 23, 2016 in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102 and the deadline to complete Early Neutral Evaluation to February 23, 2016.

Dated: January 13, 2016

The Honorable William H. Orrick
JUDGE OF THE U.S. DISTRCT COURT