UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANGLE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MAGIC TIME INTERNATIONAL LTD., et al.,<br><br>    Defendants. | Case No.  15-cv-02802-WHO<br><br>**ORDER OF DISMISSAL** |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: July 14, 2016

_____
WILLIAM H. ORRICK
United States District Judge